Chester Bowles, Administrator, Office of Price Administration, for and on behalf of U. S. A., Appellee, v. James O. Koontz, Appellant.

Gen. No. 43,556.

242 

 opinion
filed June 28, 1946; released for publication July 13, 1946. James O.
Koontz, *pro se;* Amos J. Coffman, Regional Attorney, and George E.
Leonard, Regional Litigation Attorney, Counsel for Price Administrator,
for appellee; Jacob Cohen and Isadore L. Kovitz, of counsel. Opinion
by JUSTICE SCANLAN. Not to be published in full.